**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | |
| **DAVID GORDON WALLACE, JR.** | § | **CASE NO. 15-31594-H4-7** |
| | § | |
| **Debtors** | § | |
| ——————————————— | § | |
| | § | |
| **NSJS LIMITED PARTNERSHIP** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **ADVERSARY NO. 15-03238** |
| **v.** | § | |
| | § | |
| **DAVID GORDON WALLACE, JR.** | § | |
| | § | |
| **Defendant** | § | |

**ORDER DISMISSING**
**ADVERSARY PROCEEDING**

On May 3, 2016, it was announced to the Court that a settlement of this proceeding had been reached between the Parties. The settlement required Defendant to make three payments to the Plaintiff over time. The Court set a status conference for October 25, 2016. At the October 25, 2016 status conference, counsel for the Defendant represented that the Defendant had delivered all three settlement payments to the Plaintiff. It is therefore

ORDERED, ADJUDGED and DECREED that the above-captioned adversary proceeding is hereby dismissed with prejudice. It is further

ORDERED, ADJUDGED and DECREED that each party will bear its own costs.

Signed this _____ day of _____, 2016.

_____
Jeff Bohm
United States Bankruptcy Judge

2986167